## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CALIFORNIA EASTERN DIVISION

| | |
|---|---|
| In re: DOWD, WILLIAM F. § | Case No. 08-35801-C-7 |
| DOWD, PATRICIA W. § | |
| § | |
| Debtor(s) § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

James Michael Hopper, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $2,964,798.27             Assets Exempt: $38,736.87
*(without deducting any secured claims)*

Total Distribution to Claimants: $11,752.50      Claims Discharged
                                                 Without Payment: $1,422,242.73

Total Expenses of Administration: $257.41

---

3) Total gross receipts of $ 12,009.91 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $12,009.91 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,712,547.79 | $31,934.15 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 257.41 | 257.41 | 257.41 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 64,000.00 | 159,384.77 | 78,947.80 | 11,752.50 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 1,207,435.48 | 893,430.65 | 893,430.65 | 0.00 |
| **TOTAL DISBURSEMENTS** | $2,983,983.27 | $1,085,006.98 | $972,635.86 | $12,009.91 |

4) This case was originally filed under Chapter 7 on October 30, 2008. The case was pending for 59 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/19/2013          By: /s/James Michael Hopper
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1978 Peterbilt Tractor #30 | 1129-000 | 960.79 |
| 1995 Peterbilt Tractor #37 | 1129-000 | 2,762.28 |
| 1995 Peterbilt Transit Mixer #35 | 1129-000 | 1,561.29 |
| 1995 Peterbilt Transit Mixer #36 | 1129-000 | 1,681.39 |
| 1996 Kenworth Transit Mixer #32 | 1129-000 | 1,561.29 |
| 1996 Kenworth Transit Mixer #33 | 1129-000 | 1,801.49 |
| 2 - 1968 Cook Bottom Dump Trailers | 1129-000 | 960.79 |
| 1990 Office Trailer | 1129-000 | 720.59 |
| **TOTAL GROSS RECEIPTS** | | **$12,009.91** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8S | HUNT AND SONS INC | 4110-000 | N/A | 1,614.15 | 0.00 | 0.00 |
| 10 | Wells Fargo Equipment Fiance, Inc. | 4110-000 | 31,700.00 | 30,320.00 | 0.00 | 0.00 |
| NOTFILED | PINNACLE BUSINESS FINANCE INC | 4110-000 | 36,000.00 | N/A | N/A | 0.00 |
| NOTFILED | NEVADA CEMENT COMPANY | 4110-000 | 240,000.00 | N/A | N/A | 0.00 |
| NOTFILED | TCF EQUIPMENT FINANCE | 4110-000 | 88,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED | WELLS FARGO HOME MORTGAGE | 4110-000 | 1,212,847.79 | N/A | N/A | 0.00 |
| NOTFILED | WELLS FARGO EQUIPMENT FINANCE | 4110-000 | 27,000.00 | N/A | N/A | 0.00 |
| NOTFILED | VOLVO FINANCIAL SERVICES | 4110-000 | 77,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,712,547.79** | **$31,934.15** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| International Sureties, LTD | 2300-000 | N/A | 10.65 | 10.65 | 10.65 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.19 | 26.19 | 26.19 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.32 | 25.32 | 25.32 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.84 | 26.84 | 26.84 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 18.14 | 18.14 | 18.14 |
| Rabobank, N.A. | 2600-000 | N/A | 15.84 | 15.84 | 15.84 |
| Rabobank, N.A. | 2600-000 | N/A | 16.38 | 16.38 | 16.38 |
| Rabobank, N.A. | 2600-000 | N/A | 18.05 | 18.05 | 18.05 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$257.41** | **$257.41** | **$257.41** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 23 | State Board of Equalization | 5800-000 | 64,000.00 | 80,436.97 | 0.00 | 0.00 |
| 24P | State Board of Equalization | 5800-000 | N/A | 78,947.80 | 78,947.80 | 11,752.50 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $64,000.00 | $159,384.77 | $78,947.80 | $11,752.50 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Kaiser Foundation Health Plan | 7100-000 | 1,960.00 | 1,960.00 | 1,960.00 | 0.00 |
| 2 | Bank of America, N.A. | 7100-000 | 100,015.00 | 103,428.95 | 103,428.95 | 0.00 |
| 3 | Granite Construction Company | 7100-000 | 93,398.84 | 107,821.69 | 107,821.69 | 0.00 |
| 4 | Lorna A Voboril | 7100-000 | 500.00 | 500.00 | 500.00 | 0.00 |
| 5 | ROSEVILLE ROCK AND READY MIX | 7100-000 | 991.00 | 991.00 | 991.00 | 0.00 |
| 6 | MICHELETTI ELECTRIC | 7100-000 | 2,100.00 | 2,100.00 | 2,100.00 | 0.00 |
| 7 | PROFESSIONAL SERVICES UNLIMITED | 7100-000 | N/A | 283.22 | 283.22 | 0.00 |
| 8U | HUNT AND SONS INC | 7100-000 | 2,579.37 | 2,113.27 | 2,113.27 | 0.00 |
| 9 | WAREHOUSE DIRECT | 7100-000 | 422.37 | 722.37 | 722.37 | 0.00 |
| 11 | SACRAMENTO VALLEY SAND INC | 7100-000 | 770.00 | 1,022.90 | 1,022.90 | 0.00 |
| 12 | F M GRAPHICS INC | 7100-000 | 337.55 | 337.55 | 337.55 | 0.00 |
| 13 | Les Schwab Tire Centers of CA, Inc. | 7100-000 | 2,277.43 | 2,437.43 | 2,437.43 | 0.00 |
| 14 | Les Schwab Tire Centers of CA, Inc. | 7100-000 | N/A | 2,437.43 | 2,437.43 | 0.00 |
| 15 | Pinnacle Business Finance | 7100-000 | N/A | 19,651.96 | 19,651.96 | 0.00 |
| 16 | MICHAEL P DOWD | 7100-000 | 288,000.00 | 288,373.10 | 288,373.10 | 0.00 |
| 17 | eCAST Settlement Corp. | 7100-000 | N/A | 190.16 | 190.16 | 0.00 |
| 18 | DEDICATED FLEET COMMUNICATION | 7100-000 | 695.84 | 695.84 | 695.84 | 0.00 |
| 19 | Wells Fargo Bank, National Association | 7100-000 | 112,000.00 | 152,842.48 | 152,842.48 | 0.00 |
| 20 | STEPHEN M DOWD | 7100-000 | 107,000.00 | 118,859.35 | 118,859.35 | 0.00 |
| 21 | FirstComp Insurance | 7100-000 | 14,000.00 | 33,531.89 | 33,531.89 | 0.00 |
| 22 | Chase Bank USA NA | 7100-000 | 18,771.30 | 20,314.04 | 20,314.04 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 24U | State Board of Equalization | 7100-000 | N/A | 32,816.02 | 32,816.02 | 0.00 |
| NOTFILED | MITEL LEASING | 7100-000 | 1,449.84 | N/A | N/A | 0.00 |
| NOTFILED | KIMBALL MIDWEST | 7100-000 | 441.83 | N/A | N/A | 0.00 |
| NOTFILED | LANTAM DISTRIBUTING CO INC | 7100-000 | 143.70 | N/A | N/A | 0.00 |
| NOTFILED | JAN PRO CLEANING SYS OF SAC | 7100-000 | 255.00 | N/A | N/A | 0.00 |
| NOTFILED | NATIONAL BUSINESS SUPPLY | 7100-000 | 262.00 | N/A | N/A | 0.00 |
| NOTFILED | MUTUAL OF OMAHA | 7100-000 | 797.50 | N/A | N/A | 0.00 |
| NOTFILED | PACIFIC SCALE CO | 7100-000 | 405.00 | N/A | N/A | 0.00 |
| NOTFILED | PM CONCRETE PUMPING | 7100-000 | 317.00 | N/A | N/A | 0.00 |
| NOTFILED | NORTHERN AIR MECHANICAL | 7100-000 | 259.90 | N/A | N/A | 0.00 |
| NOTFILED | NOR CAL EQUIPMENT RENTAL | 7100-000 | 62.13 | N/A | N/A | 0.00 |
| NOTFILED | NORCAL ENVIRONMENTAL | 7100-000 | 1,060.00 | N/A | N/A | 0.00 |
| NOTFILED | INTERTEL NET SOLUTIONS | 7100-000 | 1,402.22 | N/A | N/A | 0.00 |
| NOTFILED | ELMERS PORTABLE WELDING | 7100-000 | 233.66 | N/A | N/A | 0.00 |
| NOTFILED | EUGENE E WELLS FAMILY TRUST | 7100-000 | 44,000.00 | N/A | N/A | 0.00 |
| NOTFILED | DON L STOCKET | 7100-000 | 2,417.13 | N/A | N/A | 0.00 |
| NOTFILED | DOUBLE M TRUCKING | 7100-000 | 1,667.89 | N/A | N/A | 0.00 |
| NOTFILED | EVERGREEN OIL INC | 7100-000 | 1,013.00 | N/A | N/A | 0.00 |
| NOTFILED | DOLLAR TOW CO | 7100-000 | 585.00 | N/A | N/A | 0.00 |
| NOTFILED | EVILGENIOUS | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | HYDRAULIC POWER SALES INC | 7100-000 | 331.78 | N/A | N/A | 0.00 |
| NOTFILED | INTERTEL LEASING INC | 7100-000 | 724.92 | N/A | N/A | 0.00 |
| NOTFILED | GOVERNMENT DATA PUBLICATIONS GDP BLDG | 7100-000 | 107.95 | N/A | N/A | 0.00 |
| NOTFILED | HOLT OF CALIFORNIA PO BOX X | 7100-000 | 659.88 | N/A | N/A | 0.00 |
| NOTFILED | PROCESS SERVING INC | 7100-000 | 35.00 | N/A | N/A | 0.00 |
| NOTFILED | FEDEX CORPORATION | 7100-000 | 24.11 | N/A | N/A | 0.00 |
| NOTFILED | PUMP PARTS PLUS | 7100-000 | 1,537.85 | N/A | N/A | 0.00 |
| NOTFILED | SACRAMENTO OCCUPATIONAL MEDICAL GROUP | 7100-000 | 246.00 | N/A | N/A | 0.00 |
| NOTFILED | SAFETY SERVICES CO | 7100-000 | 143.95 | N/A | N/A | 0.00 |
| NOTFILED | SACRAMENTO COUNTY | 7100-000 | 156.47 | N/A | N/A | 0.00 |
| NOTFILED | SIERRA ENERGY | 7100-000 | 17,770.66 | N/A | N/A | 0.00 |
| NOTFILED | SACRAMENTO COUNTY | 7100-000 | 833.58 | N/A | N/A | 0.00 |
| NOTFILED | SMUD | 7100-000 | 2,592.18 | N/A | N/A | 0.00 |
| NOTFILED | SIKA CORP | 7100-000 | 14,983.31 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | STATE COMPENSATION INSURANCE FUND | 7100-000 | 43,000.00 | N/A | N/A | 0.00 |
| NOTFILED | SUNBELT RENTALS | 7100-000 | 701.64 | N/A | N/A | 0.00 |
| NOTFILED | SPRINT | 7100-000 | 1,916.97 | N/A | N/A | 0.00 |
| NOTFILED | SACRAMENTO COUNTY | 7100-000 | 1,218.26 | N/A | N/A | 0.00 |
| NOTFILED | SPEC WEST | 7100-000 | 9,519.17 | N/A | N/A | 0.00 |
| NOTFILED | SACRAMENTO COUNTY DEPT OF FINANCE | 7100-000 | 3,810.80 | N/A | N/A | 0.00 |
| NOTFILED | RIVERVIEW INTERNATIONAL TRUCKS | 7100-000 | 592.01 | N/A | N/A | 0.00 |
| NOTFILED | WESTERN TRUCK PARTS AND EQUIP | 7100-000 | 3,608.42 | N/A | N/A | 0.00 |
| NOTFILED | PURCHASE POWER POSTAGE | 7100-000 | 943.63 | N/A | N/A | 0.00 |
| NOTFILED | WASTE MANAGEMENT OF SACRAMENTO | 7100-000 | 409.52 | N/A | N/A | 0.00 |
| NOTFILED | SUBURBAN PROPANE | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | VISION INDUSTRIES | 7100-000 | 2,100.00 | N/A | N/A | 0.00 |
| NOTFILED | DESIGN 2 DELIVERY | 7100-000 | 813.50 | N/A | N/A | 0.00 |
| NOTFILED | SYMETRA FINANCIAL RETIREMENT | 7100-000 | 444.51 | N/A | N/A | 0.00 |
| NOTFILED | ROSEANN GRECO | 7100-000 | 180.00 | N/A | N/A | 0.00 |
| NOTFILED | UNION BANK OF CALIFORNIA | 7100-000 | 6,000.00 | N/A | N/A | 0.00 |
| NOTFILED | PROPEX INC | 7100-000 | 784.80 | N/A | N/A | 0.00 |
| NOTFILED | US HEALTHWORKS | 7100-000 | 95.00 | N/A | N/A | 0.00 |
| NOTFILED | CONTINENTAL MFG CO LTD | 7100-000 | 1,638.52 | N/A | N/A | 0.00 |
| NOTFILED | DEPARTMENT OF FISH AND GAME | 7100-000 | 332.34 | N/A | N/A | 0.00 |
| NOTFILED | AIRGAS NCN | 7100-000 | 2,293.13 | N/A | N/A | 0.00 |
| NOTFILED | ALLIED INDUSTRIES | 7100-000 | 2,473.70 | N/A | N/A | 0.00 |
| NOTFILED | ACUITY SPECIALTY PRODUCTS | 7100-000 | 184,440.00 | N/A | N/A | 0.00 |
| NOTFILED | ARAMARK UNIFORM SERVICE INC | 7100-000 | 3,333.17 | N/A | N/A | 0.00 |
| NOTFILED | AT AND T PAYMENT CENTER | 7100-000 | 3,931.00 | N/A | N/A | 0.00 |
| NOTFILED | CHRYSO INC | 7100-000 | 343.20 | N/A | N/A | 0.00 |
| NOTFILED | COLLEGE OAK TOWING INC | 7100-000 | 5,051.90 | N/A | N/A | 0.00 |
| NOTFILED | CHEVRON AND TEXACO BUSINESS CARD | 7100-000 | 255.40 | N/A | N/A | 0.00 |
| NOTFILED | CON ROC DISTRIBUTION | 7100-000 | 534.10 | N/A | N/A | 0.00 |
| NOTFILED | CHEMSEARCH | 7100-000 | 365.16 | N/A | N/A | 0.00 |
| NOTFILED | CONTINENTAL COMMERCIAL GROUP | 7100-000 | 325.00 | N/A | N/A | 0.00 |
| NOTFILED | D AND B ELECTRONICS INC | 7100-000 | 293.29 | N/A | N/A | 0.00 |
| NOTFILED | DAVIS COLORS | 7100-000 | 9,205.15 | N/A | N/A | 0.00 |
| NOTFILED | CSK AUTO INC | 7100-000 | 764.13 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | CAPITAL CLUTCH AND BRAKE INC | 7100-000 | 89.14 | N/A | N/A | 0.00 |
| NOTFILED | CONTROLLED MOTION SOLUTIONS | 7100-000 | 2,653.20 | N/A | N/A | 0.00 |
| NOTFILED | BURNETT AND CO LLP | 7100-000 | 3,625.00 | N/A | N/A | 0.00 |
| NOTFILED | ATCO INTERNATIONAL | 7100-000 | 99.00 | N/A | N/A | 0.00 |
| NOTFILED | ATTEBERRY SEARLE INC | 7100-000 | 620.00 | N/A | N/A | 0.00 |
| NOTFILED | AT AND T YELLOW PAGES | 7100-000 | 13,702.07 | N/A | N/A | 0.00 |
| NOTFILED | BANK OF AMERICA | 7100-000 | 3,503.97 | N/A | N/A | 0.00 |
| NOTFILED | AT AND T INTERNET SERVICE | 7100-000 | 211.25 | N/A | N/A | 0.00 |
| NOTFILED | BANK OF AMERICA | 7100-000 | 41,000.00 | N/A | N/A | 0.00 |
| NOTFILED | BANK OF AMERICA | 7100-000 | 439.90 | N/A | N/A | 0.00 |
| NOTFILED | BAR HEIN CO | 7100-000 | 34.06 | N/A | N/A | 0.00 |
| NOTFILED | BUCKEYE BUILDING FIBERS LLS | 7100-000 | 3,030.00 | N/A | N/A | 0.00 |
| NOTFILED | BANK OF AMERICA | 7100-000 | 312.36 | N/A | N/A | 0.00 |
| NOTFILED | DENTONIS SPRING AND SUSPENSION INC | 7100-000 | 567.86 | N/A | N/A | 0.00 |
| NOTFILED | BANK OF AMERICA | 7100-000 | 2,791.11 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$1,207,435.48** | **$893,430.65** | **$893,430.65** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-35801-C-7  
**Case Name:** DOWD, WILLIAM F.  
                 DOWD, PATRICIA W.  
**Period Ending:** 09/19/13

**Trustee:** (001700) James Michael Hopper  
**Filed (f) or Converted (c):** 10/30/08 (f)  
**§341(a) Meeting Date:** 12/09/08  
**Claims Bar Date:** 05/27/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  House: 7120 Sierra View Place, Loomis, CA | 1,200,000.00 | 0.00 | | 0.00 | FA |
| 2  Bank of America: Business Checking Account      Corporate Asset | 0.00 | 0.00 | | 0.00 | FA |
| 3  US Bank: Business Checking Account      Corporate Asset | 6,073.62 | 0.00 | | 0.00 | FA |
| 4  Sunamerica: Money Market Account | 80.54 | 0.00 | | 0.00 | FA |
| 5  Bank of America: Personal CHecking Account | 0.00 | 0.00 | | 0.00 | FA |
| 6  US Bank: Personal Checking Account | 3,500.00 | 0.00 | | 0.00 | FA |
| 7  3 Garden tractors,farm tractor,hand tools | 600.00 | 0.00 | | 0.00 | FA |
| 8  Household goods | 2,400.00 | 0.00 | | 0.00 | FA |
| 9  Clothing | 250.00 | 0.00 | | 0.00 | FA |
| 10  Jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 11  Sunguard 401(k) | 14,963.25 | 0.00 | | 0.00 | FA |
| 12  100% Shares in Sacramento Concrete, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 13  Accounts receivable      Accounts receivable belong to corporation. | 156,980.86 | 0.00 | | 0.00 | FA |
| 14  1978 Peterbilt Tractor #30      Corporate Asset: Part of auction that was authorized by prior trustee and completed on 11/24/09. | 15,000.00 | 15,000.00 | | 960.79 | FA |
| 15  1990 Peterbilt Truck 313 | 10,000.00 | 0.00 | | 0.00 | FA |
| 16  1995 Peterbilt Tractor #37      Corporate Asset: Part of auction that was authorized by prior trustee and completed on 11/24/09. | 15,000.00 | 15,000.00 | | 2,762.28 | FA |
| 17  1995 Peterbilt Transit Mixer #35      Corporate Asset: Part of auction that was authorized by prior trustee and completed on 11/24/09. | 28,000.00 | 28,000.00 | | 1,561.29 | FA |
| 18  1995 Peterbilt Transit Mixer #36      Corporate Asset: Part of auction that was authorized by prior trustee and completed on 11/24/09. | 28,000.00 | 28,000.00 | | 1,681.39 | FA |
| 19  1996 Kenworth Transit Mixer #32      Corporate Asset: Part of auction that was authorized | 28,000.00 | 28,000.00 | | 1,561.29 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-35801-C-7  
**Case Name:** DOWD, WILLIAM F.  
DOWD, PATRICIA W.  
**Period Ending:** 09/19/13

**Trustee:** (001700) James Michael Hopper  
**Filed (f) or Converted (c):** 10/30/08 (f)  
**§341(a) Meeting Date:** 12/09/08  
**Claims Bar Date:** 05/27/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | by prior trustee and completed on 11/24/09. | | | | | |
| 20 | 1996 Kenworth Transit Mixer #33<br>    Corporate Asset:  Part of auction that was authorized by prior trustee and completed on 11/24/09. | 28,000.00 | 28,000.00 | | 1,801.49 | FA |
| 21 | 1996 Mack Transit Mixer #21<br>    Corporate Asset | 28,000.00 | 0.00 | | 0.00 | FA |
| 22 | 2 - 1965 Bulk Butler Trailers<br>    Corporate Asset | 7,000.00 | 0.00 | | 0.00 | FA |
| 23 | 2 - 1968 Cook Bottom Dump Trailers<br>    Corporate Asset:  Part of auction that was authorized by prior trustee and completed on 11/24/09. | 9,600.00 | 9,600.00 | | 960.79 | FA |
| 24 | 2000 Ford Van F-250 | 4,350.00 | 0.00 | | 0.00 | FA |
| 25 | 2000 King of the Road 5th Wheel | 1,800.00 | 0.00 | | 0.00 | FA |
| 26 | 2003 Ford F-350 | 8,000.00 | 0.00 | | 0.00 | FA |
| 27 | Office equipment<br>    Corporate Asset | 500.00 | 0.00 | | 0.00 | FA |
| 28 | 2006 Henry Cyclone Reclaimer<br>    Corporate Asset | 115,000.00 | 0.00 | | 0.00 | FA |
| 29 | Propane Hot Water Heaters<br>    Corporate Asset | 5,000.00 | 0.00 | | 0.00 | FA |
| 30 | 1990 Office Trailer<br>    Corporate Asset:  Part of auction that was authorized by prior trustee and completed on 11/24/09. | 500.00 | 500.00 | | 720.59 | FA |
| 31 | Note to Sacramento Concrete from debtor<br>    Corporation out of business | 1,400,000.00 | 0.00 | | 0.00 | FA |
| 31 | **Assets**   Totals (Excluding unknown values) | **$3,116,898.27** | **$152,100.00** | | **$12,009.91** | **$0.00** |

**Major Activities Affecting Case Closing:**

   5/24/13  Prepare TFR & NFR.

   5/24/13  Final review of claims.

   5/24/13  Trustee and Desmond, Nolan, Livaich & Cunningham have agreed not to seek fees in this case.

   11/26/12  Filed Report of Sale.

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-35801-C-7  **Trustee:** (001700) James Michael Hopper
**Case Name:** DOWD, WILLIAM F.  **Filed (f) or Converted (c):** 10/30/08 (f)
DOWD, PATRICIA W.  **§341(a) Meeting Date:** 12/09/08
**Period Ending:** 09/19/13  **Claims Bar Date:** 05/27/09

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

9/25/12  West compensation approved.  Order signed 9/28/12.

8/28/12  Filed application to approve compensation to West Auctions.  Set for 9/25/12.

7/14/12  Previous trustee employed West Auctions to sell certain trucks and trailers that were listed in the debtors' schedules.  Equipment belonged to corporation.  Debtors owned 100% of the stock in the corporation.  Enter into Stipulation with debtors whereby the debtors on behalf of the corporation ratify the sale and agree to comission and expenses for West Auctions.

6/14/12  Application to employ Desmond, Nolan, Livaich & Cunningham filed.  Granted 6/25/12.

5/30/12  Received statements and check from Union Bank.

5/26/12  Mr. Dowd left message that the funds were not turned over.  Account was on a temporary hold and then released at later date.

5/24/12  Follow up call w/ Union Bank.  They have gathered documents and will be sending in next few days.

5/24/12  Follow up call w/ Mr. Dowd requesting he call his bank to obtain information re: turnover of funds earlier in case.

5/24/12  Call w/ George Roberts, debtors' attorney.  Doesn't have very much information.  Informed him that debtors do not have to appear at re-scheduled 341 on 5/30/12.

5/21/12  Picked up misc. documents forwarded to UST.

5/18/12  Received, via UST office, check from Lee Williams for balance in bank account.  Have decided to wait for Union Bank information.

5/17/12  Call w/ UST with update.

5/17/ 12  Call w/ Joanne Crouch at Union Bank, which is holding the account for this case.  Have sent email requesting turnover of funds, all bank statements, copies of checks and copies of deposits since account opened.

5/15/12  Call w/ Mr. Dowd to obtain information on case history and equipment.

5/10/12  Russell Cunningham, Desmond, Nolan, Livaic & Cunningham, called BOE re: claim.  BOE has a perfected personal property lien against all assets of corporation.  Interested in working out an arrangemernt to solve mix up.

5/8/12  Received unclear response letter from Lee Wiliams with no files.  Forwarded copy of letter to UST.

5/3/12  Sent demand letter to Lee Williams to turnover all records.

5/2/12  Received copies DMV titles.  All trucks were property of corporation.

5/1/12  Received VIN and plate number for each truck.

4/27/12  Sent email to Lee Williams requesting his files in this case.  Propose that I pick them up at his office.  No response.

4/25/12  Received auction sale package from West Auctions.  Have requested detail infomation on each sold truck.

4/24/12  Call w/ Daniel West re: auction that they held to sell cement trucks.

4/24/12  Placed calls to Lee Williams two numbers.  Left messages.  No response.

4/24/12  Received email from UST w/ March bank statement.

4/23/12  Appointed trustee.

4/23/12  Lee Williams resigns as trustee.

**Initial Projected Date Of Final Report (TFR):**     April 23, 2014        **Current Projected Date Of Final Report (TFR):**     July 31, 2013  (Actual)

Printed: 09/19/2013 03:24 PM     V.13.13

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-35801-C-7  
**Case Name:** DOWD, WILLIAM F.  
  DOWD, PATRICIA W.  
**Taxpayer ID #:** **-***2749  
**Period Ending:** 09/19/13

**Trustee:** James Michael Hopper (001700)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******96-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/01/12 | | Union Bank | Turnover of balance of funds in account | | 12,009.91 | | 12,009.91 |
| | {16} | | 1995 Peterbilt Tractor #37     2,762.28 | 1129-000 | | | 12,009.91 |
| | {17} | | 1995 Peterbilt Transit Mixer #35     1,561.29 | 1129-000 | | | 12,009.91 |
| | {18} | | 1995 Peterbilt Transit Mixer #36     1,681.39 | 1129-000 | | | 12,009.91 |
| | {19} | | 1996 Kenworth Transit Mixer #32     1,561.29 | 1129-000 | | | 12,009.91 |
| | {14} | | 1978 Peterbilt Tractor #30     960.79 | 1129-000 | | | 12,009.91 |
| | {20} | | 1996 Kenworth Transit Mixer #33     1,801.49 | 1129-000 | | | 12,009.91 |
| | {30} | | 1990 Office Trailer     720.59 | 1129-000 | | | 12,009.91 |
| | {23} | | 1968 Cook Bottom Dump Trailers     960.79 | 1129-000 | | | 12,009.91 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,984.91 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.19 | 11,958.72 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.32 | 11,933.40 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,908.40 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.84 | 11,881.56 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,856.56 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,831.56 |
| 01/10/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001000170088 20130110 | 9999-000 | | 11,831.56 | 0.00 |
| | | | ACCOUNT TOTALS | | 12,009.91 | 12,009.91 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 11,831.56 | |
| | | | **Subtotal** | | 12,009.91 | 178.35 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$12,009.91** | **$178.35** | |

Case 08-35801    Filed 11/08/13    Doc 77

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** 08-35801-C-7 | **Trustee:** James Michael Hopper (001700) |
| **Case Name:** DOWD, WILLIAM F. | **Bank Name:** Rabobank, N.A. |
| DOWD, PATRICIA W. | **Account:** ******5066 - Checking Account |
| **Taxpayer ID #:** **-***2749 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 09/19/13 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/11/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 11,831.56 | | 11,831.56 |
| 01/22/13 | 10101 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2013 FOR CASE #08-35801-C-7, Bond # 016048575 | 2300-000 | | 10.65 | 11,820.91 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.14 | 11,802.77 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.84 | 11,786.93 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.38 | 11,770.55 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.05 | 11,752.50 |
| 08/22/13 | 10102 | State Board of Equalization | Claim #24P, Dividend paid  14.88% | 5800-000 | | 11,752.50 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 11,831.56 | 11,831.56 | **$0.00** |
| | | | Less: Bank Transfers | | 11,831.56 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 11,831.56 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$11,831.56** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****-******96-66** | 12,009.91 | 178.35 | 0.00 |
| **Checking # ******5066** | 0.00 | 11,831.56 | 0.00 |
| | **$12,009.91** | **$12,009.91** | **$0.00** |

{} Asset reference(s)    Printed: 09/19/2013 03:24 PM    V.13.13